UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BERNARD RUSSELL SORENSON and BERNARD SORENSON,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FORD MOTOR COMPANY, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:17-CV-01987-JAM-AC<br><br>**RELATED CASE ORDER**<br>**Related to Nos.:**<br>2:17-CV-02078 JAM-AC<br>1:17-CV-01317 JAM-AC<br>2:17-CV-02006 JAM-AC<br>2:17-CV-02051 JAM-AC<br>2:17-CV-02053 JAM-AC<br>2:17-CV-02079 JAM-AC<br>2:17-CV-02092 JAM-AC |
| AMANDA MARQUEZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FORD MOTOR COMPANY, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:17-CV-02140 KJM-CKD |
| BRUCE GLASSFORD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FORD MOTOR COMPANY, and DOES 1-10, inclusive,<br><br>　　　　　　Defendant. | Case No. 2:17-CV-02145 KJM-CKD |

| | | |
|---|---|---|
| 1 | CHRISTINA RERICH, ) | |
| 2 | ) Plaintiff, ) | |
| 3 | v. ) | Case No. 2:17-CV-02147 TLN-CMK |
| 4 | FORD MOTOR COMPANY, and DOES 1-10, ) inclusive, ) | |
| 5 | ) Defendants. ) | |
| 6 | MEGAN DOLAN, ) ) | |
| 7 | Plaintiff, ) ) | Case No. 2:17-CV-02148 KJM-GGH |
| 8 | v. ) ) | |
| 9 | FORD MOTOR COMPANY, and DOES 1-10, ) inclusive, ) | |
| 10 | ) Defendants. ) | |
| 11 | CANDACE REYES, ) ) | |
| 12 | Plaintiff, ) ) | Case No. 2:17-CV-02151 MCE-DB |
| 13 | v. ) ) | |
| 14 | FORD MOTOR COMPANY, and DOES 1-10, ) inclusive, ) | |
| 15 | ) Defendants. ) | |
| 16 | JANCE NACUA and GENESIS NACUAs, ) ) | Case No. 2:17-cv-02153 JAM-KJN |
| 17 | Plaintiffs, ) ) | |
| 18 | v. ) ) | |
| 19 | FORD MOTOR COMPANY, and DOES 1-10, ) inclusive, ) | |
| 20 | ) Defendants. ) | |
| 21 | MICHELLE MARTIN and ANTONE MARTIN, ) ) | Case No. 2:17-CV-02158 TLN-CMK |
| 22 | Plaintiffs, ) ) | |
| 23 | v. ) ) | |
| 24 | FORD MOTOR COMPANY, and DOES 1-10, ) inclusive, ) | |
| 25 | ) Defendants. ) | |
| 26 | | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal.

2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:17-CV-02140 KJM-CKD, 2:17-CV-02145 KJM-CKD, 2:17-CV-02147 TLN-CMK, 2:17-CV-02148 KJM-GGH, Case No. 2:17-CV-02151 MCE-DB, 2:17-cv-02153 JAM-KJN, and 2:17-CV-02158 TLN-CMK be reassigned to Judge John A. Mendez and Magistrate Judge Allison Claire for all further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:17-CV-02140 JAM-AC, 2:17-CV-02145 JAM-AC, 2:17-CV-02147 JAM-AC, 2:17-CV-02148 JAM-AC, 2:17-CV-02151 JAM-AC, 2:17-cv-02153 JAM-AC, and 2:17-CV-02158 JAM-AC.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  October 31, 2017           /s/ John A. Mendez_____  
                                              JOHN A. MENDEZ  
                                              United States District Court Judge