1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  LIZ GILL,                        )  Case No. 2:17-CV-02306-TLN-KJN
                                     )
12                  Plaintiff,       )  **RELATED CASE ORDER**
                                     )  **Related to Nos.:**
13      v.                           )  **1:17-CV-01317-JAM-AC**
                                     )  **2:17-CV-01987-JAM-AC**
14  FORD MOTOR COMPANY, and DOES 1-  )  **2:17-CV-02006-JAM-AC**
    10,                              )  **2:17-CV-02051-JAM-AC**
15                                   )  **2:17-CV-02053-JAM-AC**
                    Defendants.      )  **2:17-CV-02078-JAM-AC**
16                                   )  **2:17-CV-02079-JAM-AC**
                                     )  **2:17-CV-02092-JAM-AC**
17                                   )  **2:17-CV-02140-JAM-AC**
                                     )  **2:17-CV-02145-JAM-AC**
18                                   )  **2:17-CV-02147-JAM-AC**
                                     )  **2:17-CV-02148-JAM-AC**
19                                   )  **2:17-CV-02151-JAM-AC**
                                     )  **2:17-CV-02153-JAM-AC**
20                                   )  **2:17-CV-02158-JAM-AC**
                                     )  **2:17-CV-02378-JAM-AC**
21                                   )  **2:17-CV-02380-JAM-AC**
                                     )  **2:17-CV-02382-JAM-AC**
22                                   )  **2:17-CV-02388-JAM-AC**
                                     )  **2:17-CV-02389-JAM-AC**
23  _____  )  **2:17-CV-02586-JAM-AC**

24      Examination of the above-entitled actions reveals that these

25  actions are related within the meaning of Local Rule 123 (E.D. Cal.

26  2005). Accordingly, the assignment of the matters to the same judge

27  and magistrate judge is likely to affect a substantial savings of

28  judicial effort and is also likely to be convenient for the

1

1 parties.

2     The parties should be aware that relating the cases under

3 Local Rule 123 merely has the result that these actions are

4 assigned to the same judge and magistrate judge; no consolidation

5 of the actions is effected.  Under the regular practice of this

6 court, related cases are generally assigned to the judge and

7 magistrate judge to whom the first filed action was assigned.

8     IT IS THEREFORE ORDERED that the action denominated 2:17-CV-

9 02306-TLN-KJN be reassigned to Judge John A. Mendez and Magistrate

10 Allison Claire for all further proceedings, and any dates currently

11 set in the reassigned case only are hereby VACATED.   Henceforth,

12 the caption on documents filed in the reassigned case shall be

13 shown as 2:17-CV-02306-JAM-AC.

14     IT IS FURTHER ORDERED that the Clerk of the Court make

15 appropriate adjustment in the assignment of civil cases to

16 compensate for this reassignment.

17     IT IS SO ORDERED.

18 Dated:   January 3, 2018.

19

20                                JOHN A. MENDEZ
                                United States District Judge

21

22

23

24

25

26

27

28